OA 91  Criminal Complaint

# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

FILED

JUL 0 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

PHILLIP GOUDEAU

CRIMINAL COMPLAINT

Case Number: **4-08-70411 WDB NJV**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about **Sept. 7, 2007 to Jan. 2008** in **Alameda** County, in the **Northern** District of **California** defendant(s) did,

(Track Statutory Language of Offense)

knowingly and with intent to defraud use one or more unauthorized access devices during a one year-period, and by such conduct obtain items of value aggregating $1,000 or more during that period.

in violation of Title **18** United States Code, Section(s) **1029(a)(2)**

I further state that I am a(n) **Special Agent - United States Secret Service** and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT KEVIN D. WILLIAMSON

PENALTIES:

Imprisonment for not more than ten (10) years and/or a fine of not more than two hundred fifty thousand ($250,000) dollars, a one hundred ($100.00) dollar special assessment, and three (3) years of supervised release.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Approved As To Form: **CHRISTINE Y. WONG**
AUSA

Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

**July 8, 2008**
Date

at **San Francisco, California**
City and State

**NANDOR J. VADAS**    MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

Document No.
District Court
Criminal Case Processing

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kevin D. Williamson, being duly sworn, do hereby state:

1. I am a Special Agent employed by the United States Secret Service ("USSS"), which is an agency of the United States Department of Homeland Security.

2. I received a Bachelors degree in Finance from Eastern New Mexico University. I was commissioned as a New Mexico State Police Officer after attending the New Mexico State Police Academy in Santa Fe, NM. I received training in subjects to include Constitutional and criminal law, search and seizure, and Fourth Amendment Rights. I attended the Federal Law Enforcement Training Center (FLETC), located in Glynco, GA, and received training in subjects which included Constitutional and criminal law, search and seizure, and Fourth Amendment Rights. I also received additional training in subjects which include financial crimes from the United States Secret Service's James J. Rowley Training Center located in the Washington D.C. area. I have been employed by USSS since December 2002. As a federal agent, I am authorized to investigate violations of the laws of the United States and am a law enforcement officer with authority to execute warrants issued under the authority of the United States.

3. Based upon the facts described below, I believe that there is probable cause to believe that Phillip Goudeau used one or more false access devices during a one-year period to obtain approximately $93,981 from bank accounts for which he was not authorized, in violation of 18 U.S.C. § 1029(a)(2) and 2. As described more fully below, from in or about September 2007, through in or about January 2008, Phillip Goudeau impersonated nine customers of Wells Fargo Bank ("Wells Fargo") to obtain money from their accounts. This affidavit is submitted for the purpose of establishing probable cause in support of a criminal complaint; therefore, it does not contain every fact, piece of information, or piece of evidence concerning this alleged violation.

### Facts Supporting Probable Cause

4. In or about June 2008, I spoke with an investigator from Wells Fargo Bank ("Wells Fargo") who told me the following, in sum and substance:

    a. Wells Fargo had determined that from in or about September 2007 up to and including in or about January 2008, an individual, later identified as PHILLIP GOUDEAU

1  was responsible for fraudulently obtaining money from the bank accounts of nine Wells Fargo
2  customers. GOUDEAU would enter various Wells Fargo branches and impersonate an existing
3  Wells Fargo customer to make cash withdrawals from that customer's bank account.
4  GOUDEAU would also impersonate an existing Wells Fargo customer in order to deposit
5  counterfeit checks made payable to that Wells Fargo customer and immediately withdraw cash
6  from that customer's account. The counterfeit checks were from other financial institutions, and
7  were from accounts that had been closed or had insufficient funds.

        b.      As part of his impersonation and to comply with Wells Fargo's procedures for account withdrawals, GOUDEAU provided a counterfeit driver's license, bearing his photograph and the personal information of the Wells Fargo customer he was impersonating.

        c.      For example, on or about September 7, 2007, GOUDEAU entered a Wells Fargo branch in Fairfield, California, and cashed a fraudulent check for $1,550 payable to Victim #1. Goudeau provided counterfeit identification in Victim #1's name. That same day, at the same Wells Fargo branch but before a different teller, GOUDEAU presented a withdrawal slip in Victim #1's name, and withdrew $4,500 from Victim #1's savings account. GOUDEAU also presented counterfeit identification in Victim #1's name for the withdrawal.

        d.      Wells Fargo determined that the same individual, GOUDEAU, was involved in each of the transactions relating to the nine different Wells Fargo customers by comparing the surveillance photos taken on or about the time each transaction took place. The surveillance photos showed GOUDEAU in the process of conducting each transaction or showed GOUDEAU present in the bank around the time the transaction took place. Wells Fargo learned from speaking with other law enforcement authorities that the individual was GOUDEAU.

        5.      In or about June 2008, for each fraudulent transaction, I reviewed the counterfeit check involved or the withdrawal slip used, the screen prints from the accounts of the Wells Fargo customer, and the surveillance photos taken on or about the time each transaction took place. I learned the following from my review of these documents:

        a.      PHILLIP GOUDEAU was involved in each of the transactions. I determined this by comparing the surveillance photos taken on or about the time of each

transaction with other known photos of GOUDEAU, including his booking photos from prior arrests and his driver's license photo.

      b.    GOUDEAU obtained a total of $93,981 from the bank accounts of the nine Wells Fargo customers.

6.    Based on my knowledge of the business of Wells Fargo, I know that Wells Fargo is involved in interstate commerce.

7.    For the reasons stated above, I respectfully request that the Court issue the requested criminal complaint and arrest warrant.

                                              Kevin D. Williamson
                                              Special Agent
                                              United States Secret Service
                                              San Francisco Field Office

Subscribed and sworn before me this 8 day of July 2008 at San Francisco, California.

                                              The Honorable Nandor J. Vadas
                                              United States Magistrate Judge
                                              Northern District of California
                                              San Francisco, California